# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BRAD M. SMITH, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. and JOHN DOES 1-10,<br><br>   Defendant. | Case No. 8:22-cv-00748-KKM-TGW |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, BRAD M. SMITH, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his individual claims with prejudice against T-MOBILE USA, INC. Plaintiff also hereby dismisses the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: June 16, 2022.

Respectfully Submitted,

BRAD M. SMITH,

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq., Of Counsel
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, an attorney, certify that on June 16, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Alexander J. Taylor*